Case 1:09-mj-00100-HWB Doc #16 Filed 11/17/09 Page 1 of 1 Page ID#17

FILED - GR
November 17, 2009 4:10 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ddk

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

November 9, 2009

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 1 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY MELONI WARREN DEPUTY

Office of the Clerk
Central District of California
United States Courthouse
312 North Spring Street, Room G-8
Los Angeles, CA 90012-4701

RE: USA v. PAUL CHALLENDER, a/k/a "Hilljoe"
    USDC-CDCA Case No. CR09-01004
    USDC-WDMI Case No. 1:09-MJ-100  Hon. Hugh W. Brenneman, Jr.

Dear Court Personnel:

On October 26, 2009, Rule 5 proceedings were conducted in the Western District of Michigan and the court ordered that defendant Paul Leon Challender be committed to the custody of the USM for removal to the Central District of California (see Dkt 8, Commitment To Another District).

The purpose of this letter is to advise the Central District of California that supplemental documents were filed UNDER SEAL in the Rule 5 proceedings in the Western District of Michigan. For your records, we are enclosing the following:

1) Certified copy of our docket sheet, showing three supplemental entries, as follows:
    10/30/09  Dkt 10  Sealed Document: Motion and Order to Seal
    10/30/09  Dkt 11  Sealed Motion filed by USA
    11/02/09  Dkt 12  Sealed Order (re sealed motion, Dkt 11)
2) Certified copy of each of the supplemental documents (Dkt 10, 11, 12), submitted UNDER SEAL

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance. Please acknowledge receipt of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope. Thank you.

Sincerely,
Tracey Cordes, Clerk

*[signature]*
By: Deputy Clerk